UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL RAILROAD PASSENGER
CORP.,

       Plaintiff,                  Case No.  06-10135

v.                                District Judge Gerald E. Rosen
                                  Magistrate Judge R. Steven Whalen

CITY OF BLOOMFIELD HILLS
SCHOOL DISTRICT,

       Defendant.
_____/

## ORDER

     Plaintiff having filed a Notice of Withdrawal of its Motion to Compel Discovery  (filed 8/14/06 ) [Doc #30] and the Court being fully advised in the premises;

     IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery (filed 6/5/06) [docket #22] is  DISMISSED.

                                  S/R. Steven Whalen
                                  R. STEVEN WHALEN
                                  UNITED STATES MAGISTRATE JUDGE

Dated:  August 15, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 15, 2006.

                                  S/Gina Wilson
                                  Judicial Assistant